Mark G. Tratos (Bar No. 1086)
Laraine M. I. Burrell (Bar No. 8771)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Quality Medical Supplies, Inc., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>Ecom Merchandise Inc., a New York corporation; Ecomsolutions of NY Corporation, a New York corporation; EcomSolutions Inc., a business entity; Alexander Ubaydov, an individual, and Olga Kalendareva, an individual.<br><br>Defendants. | Case No. 2:07-CV-00070-BES-RJJ<br><br>**VOLUNTARY NOTICE OF DISMISSAL** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Quality Medical Supplies, Inc., a Nevada corporation, hereby voluntarily dismisses this action <u>without prejudice</u>, as to all Defendants.

DATED: March 26, 2007.

GREENBERG TRAURIG, LLP

_/s/ Laraine Burrell_
Mark G. Tratos (Bar No. 1086)
Laraine M. I. Burrell (Bar No. 8771)
GREENBERG TRAURIG
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89169
Counsel for Plaintiffs

1.